UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R # 283631

IN RE:                                    CASE NO.  05-17110-BKC-RAM
MAYLIN C. RODRIGUEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

DEC 17 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 38.91 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: DEC 15 2009

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MAYLIN C. RODRIGUEZ
20522 SW 122 AVENUE
MIAMI, FL 33177

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF FLORIDA


IN RE:                                CASE NO.   05-17110-BKC-RAM
MAYLIN C. RODRIGUEZ


                                         CHAPTER 13



    MAYLIN C. RODRIGUEZ

    20522 SW 122 AVENUE
    MIAMI, FL 33177


    JORGE L. SUAREZ, ESQUIRE
    3735 SW 8TH STREET
    SUITE 101
    CORAL GABLES, FL 33134

    CHEVRON CREDIT BANK, N.A.      ---------$           38.91
    2001 DIAMOND BLVD.
    PO BOX 5010, SECT. 230
    CONCORD, CA 94524-0010
                                        UNDELIVERABLE/STALE
    U.S. Trustee                        CLAIM REGISTER#  1
    51 S.W. 1st Avenue
    Miami, Florida 33130
```